JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JEFF WHITEMAN,

        Plaintiff,

  vs.

OMEGA RMS, LLC, et al.,

        Defendants.

Case No.: 8:21−cv−00030−JLS−DFM

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 16), the Court hereby ORDERS that the above-captioned action is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**


Date: May 24, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE